SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Acting Chief, Criminal Division

ANDREW M. SCOBLE (CASBN 124940)
Assistant United States Attorney

   450 Golden Gate Ave.
   San Francisco, California  94102
   Telephone:  (415) 436-7249
   Fax:  (415) 436-7234
   E-Mail:   andrew.scoble@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0375 SI |
|    Plaintiff, ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION |
|    v. ) | |
| MICHAEL SAY SU, ) | |
|    Defendant. ) | |

     On September 11, 2007, defendant Michael Say Su appeared before the Court in custody, with counsel Harris B. Taback.  This was Mr. Taback's first appearance on behalf of the defendant.  The Court continued the matter to September 24, 2007 for a detention hearing, and, at the parties' request, set the matter on United States District Judge Illston's calendar on November 9, 2007 (which is the next appearance by all the parties in this case).

     The parties jointly requested that the Court find excludible time from September 11, 2007 through November 9, 2007.  The parties noted that this case has previously been found factually and legally complex; that there is voluminous discovery in the case (which includes wiretap evidence); that there are numerous co-defendants (most of whom have been in the case for at

ORDER EXCLUDING TIME
[CR 05-0375 SI]

1  least a year at this point); and that defendant Su's counsel will need time to review discovery and
2  prior pleadings in order to represent his client effectively. The defendant agreed to the
3  continuance and to the Speedy Trial exclusion in open Court.
4       Accordingly, THE COURT FINDS THAT the ends of justice served by granting a
5  continuance from September 11, 2007 (the date of defense counsel's first appearance in the case)
6  through and including November 9, 2007 (the date of the parties' next scheduled appearance in
7  this case) outweigh the best interest of the public and the defendant in a speedy trial. THE
8  COURT FURTHER FINDS THAT the case is so factually and legally complex, due to the
9  number of defendants and the nature of the prosecution (including the volume and range of
10 discovery, the nature of the underlying investigation, the recent appearance in the case of
11 defendant Su's counsel, that it is unreasonable to expect adequate preparation for pretrial
12 proceedings and for the trial itself within the otherwise applicable time limits set forth in the
13 Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(ii). Finally, THE
14 COURT FURTHER FINDS THAT failure to grant the requested continuance would
15 unreasonably deny defendant continuity of counsel and would deny defense counsel the
16 reasonable time necessary for effective preparation, taking into account the exercise of due
17 diligence.
18      Accordingly, THE COURT ORDERS THAT:
19 1.   This case is continued to November 9, 2007 at 11:00 a.m. for status and setting
20 before United States District Judge Illston. In the meantime, this Court will hold a detention
21 hearing in the case on September 24, 2007 at 9:30 a.m.
22 2.   The period from September 11, 2007 through and including November 9, 2007 is
23 excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. §
24 3161(h)(8)(A) & (B)(ii), (iv).
25      IT IS SO ORDERED.
26
27 DATED: September 19, 2007
28                                          HON. _____
                                            United States Judge Elizabeth D. Laporte

ORDER EXCLUDING TIME
[CR 05-0375 SI]                          2